No. 627, Misc. WANAMAKER v. NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 634, Misc. RYAN v. RUNDLE, WARDEN. Supreme Court of Pennsylvania. Certiorari denied. Petitioner *pro se. John A. F. Hall* for respondent.

No. 644, Misc. ISLAND v. CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 667, Misc. CARMAN v. RHAY, PENITENTIARY SUPERINTENDENT, ET AL. Superior Court of Washington, Walla Walla County. Certiorari denied.

No. 678, Misc. MOCABEE v. RHAY, PENITENTIARY SUPERINTENDENT. Supreme Court of Washington. Certiorari denied.

No. 681, Misc. ROQUENI v. EYMAN, WARDEN. Supreme Court of Arizona. Certiorari denied.

No. 683, Misc. DEXTER v. KANSAS. Supreme Court of Kansas. Certiorari denied.

No. 695, Misc. COFFMAN v. MARONEY, PENITENTIARY SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 716, Misc. POWERS v. PATE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 723, Misc. WISSENFELD v. CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 737, Misc. EVERLY v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.